IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE STRAUGHTER                                                              PLAINTIFF

v.                               4:20-cv-127-DPM

UNITED STATES OF AMERICA;
WILLIAM P. BARR, Attorney General;
CODY HILAND, United States Attorney,
Eastern District of Arkansas; and
DEPARTMENT OF VETERANS AFFAIRS                              DEFENDANTS

ORDER

To better manage the Court's schedule, the trial date is continued to 6 December 2021. All deadlines remain the same.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2021