## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

LAWRENCE STRAUGHTER                                    PLAINTIFF

v.                              No. 4:20-cv-127-DPM

UNITED STATES OF AMERICA;
WILLIAM P. BARR, Attorney General;
CODY HILAND, United States Attorney,
Eastern District of Arkansas; and
DEPARTMENT OF VETERANS AFFAIRS          DEFENDANT

### ORDER

Motion to dismiss, *Doc. 11*, denied as moot.   In response, Straughter timely amended his complaint, which now names the United States of America as the sole defendant. *Doc. 13*; FED. R. CIV. P. 15(a)(1)(B).  The Court directs the Clerk update the docket.

So Ordered.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_10 March 2021_