# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LAWRENCE STRAUGHTER**                                                       **PLAINTIFF**

v.                          No. 4:20-cv-127-DPM

**UNITED STATES OF AMERICA**                             **DEFENDANT**

## ORDER

Defendant's motion to file Exhibit B (a compilation of medical records) under seal, *Doc. 19*, is granted for good cause. Please provide a courtesy copy to chambers.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 April 2021