# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LAWRENCE STRAUGHTER                                              PLAINTIFF

v.                          No. 4:20-cv-127-DPM

UNITED STATES OF AMERICA                                         DEFENDANT

## ORDER

The United States' status report, *Doc. 23*, is appreciated. In the future, Straughter must cooperate in the filing of joint reports. His separate status report is due by 14 May 2021.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 April 2021