IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE STRAUGHTER                                    PLAINTIFF

v.                       No. 4:20-cv-127-DPM

UNITED STATES OF AMERICA                               DEFENDANT

## ORDER

Separate status reports, *Doc. 26 & 27*, appreciated. Motion for settlement conference, *Doc. 28*, denied without prejudice. The Court will not order a settlement conference unless all parties want one.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 July 2021