# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LAWRENCE STRAUGHTER             PLAINTIFF

v.             No. 4:20-cv-127-DPM

UNITED STATES OF AMERICA             DEFENDANT

## ORDER

The Court must try older cases the week of 6 December 2021. The Final Scheduling Order, *Doc. 9*, is suspended. The Court will rule on the pending motion for summary judgment and re-set the trial and unexpired deadlines if this case needs a trial.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 August 2021