IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE STRAUGHTER                                              PLAINTIFF

v.                          No. 4:20-cv-127-DPM

UNITED STATES OF AMERICA;
WILLIAM P. BARR, Attorney General;
CODY HILAND, United States Attorney,
Eastern District of Arkansas; and
DEPARTMENT OF VETERANS AFFAIRS                        DEFENDANTS

JUDGMENT

Straughter's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2022